AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of Rhode Island _____

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:12-MJ-114 A |
| Scott Niemic | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

 I am authorized to practice in this court, and I appear in this case as counsel for:

 Scott Niemic, Defendant                                                                                    .

Date:     Apr 27, 2012

/s/ Kevin J. Fitzgerald
*Attorney's signature*

Kevin J. Fitzgerald, AFPD #5775
*Printed name and bar number*

10 Weybosset Street, Providence, RI 02903
*Address*

kevin_fitzgerald@fd.org
*E-mail address*

401-528-4281
*Telephone number*

401-528-4285
*FAX number*