UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA

       v.                            1:12MJ114A

SCOTT NIEMIC


## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said defendant in this cause until further order of the Court.



SO ORDERED:


/s/ Lincoln D. Almond
LINCOLN D. ALMOND
U.S. Magistrate Judge

Date: MAY 1, 2012