AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

United States of America ⟩
v. ⟩
Scott Niemic ⟩   Case No.  1:12 MJ 114 A
_____ ⟩
Defendant ⟩

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5-1-12

_____
Defendant's signature

_____
Signature of defendant's attorney

K Fitzgerald          5775
Printed name and bar number of defendant's attorney

Federal Defender's Office
10 Weybosset St.
Suite 300
Providence, RI 02903
_____
Address of defendant's attorney

_____
E-mail address of defendant's attorney

528-4281
_____
Telephone number of defendant's attorney

528-4285
_____
FAX number of defendant's attorney