AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE

# UNITED STATES DISTRICT COURT

for the

### DISTRICT OF RHODE ISLAND

*District of Rhode Island*

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Scott Niemic, DOB 1977, Swansea, MA | ) Case No. 1: 12MJ114A |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Scott Niemic, DOB 1977, Swansea, MA                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ☑ Complaint

❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

Bank robbery, in violation of 18 U.S.C. Section 2113(a).


Date: 4/24/12

_____
*Issuing officer's signature*

City and state:   Providence, RI

LINCOLN D. ALMOND, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/24/2012 , and the person was arrested on *(date)* 05/01/2012
at *(city and state)* Cranston, RI .

Date: 05/01/2012

*Robert Charett*
*Arresting officer's signature*

Robert Charett, SDUSm
*Printed name and title*